UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 20-12117-AMC-13

John Athanas and CAROLINE ATHANAS                                                Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), ACAR Leasing LTD dba GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing LTD dba GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 20-12117-AMC-13

John Athanas and CAROLINE ATHANAS                                                               Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 22, 2020 :

MICHAEL ALAN SIDDONS  
PO BOX 403  
MEDIA, PA  19063

William Miller  
583 Bourse Building  
111 So. Independence  
Philadelphia, PA 19106

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx45474 / 1020683