# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                               Chapter 13

JOHN  ATHANAS                                      Bankruptcy No. 20-12117-AMC
CAROLINE  ATHANAS
657 HAWARDEN RD.

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JOHN  ATHANAS
CAROLINE  ATHANAS
657 HAWARDEN RD.

SPRINGFIELD, PA 19064

**Counsel for debtor(s), by electronic notice only.**
MICHAEL A SIDDONS
230 N. MONROE STREET
P.O. BOX 403
MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/10/2020                                                                                          /s/ William C. Miller

                                                                                                  _____
                                                                                                  William C. Miller, Esquire
                                                                                                  Chapter 13 Standing Trustee