# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| **In re:**<br><br>JOHN  ATHANAS<br>CAROL  ATHANAS<br><br><br>**Debtor(s),** | **Bankruptcy No:** 20-12117<br><br>**Chapter:** 13<br><br>**Judge:** Honorable Ashely M. Chan |
|---|---|

**Hearing Date and Time:** January 12, 2021 at 11:00 am.

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

On or about December 07, 2020, the Debtor(s) filed an objection to the proof of claim filed by Internal Revenue Service as Claim Number 8 in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on January 12, 2021, at 11:00 am.  The hearing will be conducted telephonically.  The hearing call in information for Judge Chan is as follows: Phone Number: 1.877.873.8017 Access Code: 3027681.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim filed by Internal Revenue Service as claim number 8.

3. If you intend to appear at the hearing to contest the objection to your claim, you must notify counsel for the Debtor(s) using the information below at least 7 days before January 12, 2021, the date of the hearing.  If you do not notify counsel for the Debtor(s) that you intend to appear, the Objector will be entitled to a postponement of the hearing.

DATED:  December 07, 2020

LAW OFFICE OF MICHAEL ALAN SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street
Media,  PA 19063
*Phone:* 610-255-7500
*Email:* msiddons@siddonslaw.com