# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12117-AMC

JOHN  ATHANAS
CAROLINE  ATHANAS
657 HAWARDEN RD.

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN  ATHANAS
    CAROLINE  ATHANAS
    657 HAWARDEN RD.

    SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

    MICHAEL A SIDDONS
    230 N. MONROE STREET
    P.O. BOX 403
    MEDIA, PA 19063-

Date: 1/12/2021

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee