United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12117-amc |
| John Athanas | Chapter 13 |
| Caroline Athanas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 03, 2021 | Form ID: 152 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John Athanas, Caroline Athanas, 657 Hawarden Rd., Springfield, PA 19064-2624 |
| cr | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | + | QUICKEN LOANS, LLC, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14499226 | + | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518082 | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497360 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14497357 | + | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497358 | + | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497359 | + | Aes/wells Fargo, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497361 | + | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 14497362 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14506360 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14497365 | + | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14497366 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14497371 | | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14497372 | + | Citizens Bank/fm, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14568163 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14497381 | + | Etrade, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14497384 | + | Home Furnishing Crdt C, 5324 Va Beach Rd, Virginia Beach, VA 23462-1828 |
| 14497387 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14502379 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14502271 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14497391 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14509646 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14507184 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14497394 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14499759 | + | QUICKEN LOANS, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14507890 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14497396 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14497398 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 14497413 | + | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14497414 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14497416 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14497417 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14507385 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14507695 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14497418 | | Wells Fargo National B, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14497419 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 14497420 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 39

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 152 | Total Noticed: 91 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 04 2021 07:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2021 07:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 04 2021 07:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14507760 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 04 2021 07:41:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14500250 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 04 2021 07:45:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14497367 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 07:45:44 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14497368 | + Email/Text: bankruptcy@cavps.com | Mar 04 2021 07:42:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14497967 | + Email/Text: bankruptcy@cavps.com | Mar 04 2021 07:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14497369 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Childrens Place/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14513328 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14497370 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:39 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497373 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 07:41:00 | Comenity Bank/anniesez, Po Box 182789, Columbus, OH 43218-2789 |
| 14497374 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 07:41:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14497375 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 07:41:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14497376 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 07:45:49 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14497364 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:40 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 14497379 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 07:45:45 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14497380 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14497393 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14512539 | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2021 07:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14497377 | + Email/PDF: pa_dc_ed@navient.com | Mar 04 2021 07:45:52 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14503447 | Email/Text: mrdiscen@discover.com | Mar 04 2021 07:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14497378 | + Email/Text: mrdiscen@discover.com | Mar 04 2021 07:41:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14497382 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2021 07:41:00 | Gm Financial, Po Box 181145, Arlington, TX |

Case 20-12117-amc    Doc 49    Filed 03/05/21    Entered 03/06/21 00:51:01    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 152 | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| 14497385 | + Email/Text: bankruptcy@huntington.com | Mar 04 2021 07:41:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14497386 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 04 2021 07:42:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 14497388 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2021 07:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14497389 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 04 2021 07:45:51 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14497390 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 04 2021 07:45:48 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 14497392 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2021 07:41:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14515061 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2021 07:45:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14507728 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 07:45:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14509769 | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2021 07:41:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14497395 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 04 2021 07:42:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14513762 | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 04 2021 07:42:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14497397 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497399 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:48 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14497400 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:51 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497401 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:51 | Syncb/dump, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497402 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497403 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:48 | Syncb/horizn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497404 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:48 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14497405 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14497406 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:48 | Syncb/low, Po Box 956005, Orlando, FL 32896-0001 |
| 14497407 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:48 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14497408 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497409 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14497410 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Syncb/smrtcn, Po Box 965005, Orlando, FL 32896-5005 |
| 14497411 | + Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:45 | Syncb/tjx, Po Box 965015, Orlando, FL |

76096-1145

Case 20-12117-amc    Doc 49    Filed 03/05/21    Entered 03/06/21 00:51:01    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 152 | Total Noticed: 91 |

| Recip ID | | | Date/Time | Address |
|---|---|---|---|---|
| 14497412 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14513283 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14497415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497363 | | Best Buy/cbna |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14518158 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497383 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14503089 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL ALAN SIDDONS | on behalf of Debtor John Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| MICHAEL ALAN SIDDONS | on behalf of Joint Debtor Caroline Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2                      User: admin                                Page 5 of 5
Date Rcvd: Mar 03, 2021                   Form ID: 152                           Total Noticed: 91

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: John Athanas and Caroline Athanas
    Debtor(s)

Case No: 20−12117−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/27/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

46
Form 152