## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOHN ATHANAS | ) | CASE NO. 20-12117 |
| CAROL ATHANAS | ) | |
| | ) | |
| DEBTORS | ) | JUDGE: Ashley M. Chan |
| . | ) | |

### CERTIFICATION OF NO RESPONSE TO OBJECTION TO CLAIM FILED BY INTERNAL REVENUE SERVICE

I, Michael A. Siddons, Esquire, (Applicant), hereby certify that no response has been served or filed to the Debtor's Objection to Claim Filed by Internal Revenue Service (Claim 8). On or about December 7, 2020, Debtor delivered a copy of the Objection to the creditor. Accordingly, a default order may be entered granting the Objection. On December 14, 2020 and on March 17, 2021 Debtor uploaded a proposed order.

    Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:  */s/ Michael A. Siddons*
      MICHAEL ALAN SIDDONS, ESQUIRE
      230 N. Monroe Street-P.O. Box 403
      Media, PA 19063
      610-255-7500 (Phone No.)
      msiddons@siddonslaw.com
      ***Attorney for Debtors***

Dated: March 17, 2021