IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOHN ATHANAS | ) | CASE NO. 20-12117 |
| CAROL ATHANAS | ) | |
| | ) | |
| DEBTORS | ) | JUDGE: Ashley M. Chan |

### ORDER

Upon consideration of Debtors' Objection to Claim Number 8 filed by Internal Revenue Service, it is hereby ORDERED:

1. The Objection is SUSTAINED; and

2. Claim Number 8, filed by Internal Revenue Service is hereby denied.

DATED: _____ day of _____ 2020.

By the Court,

_____
Ashley M. Chan, Bankruptcy Judge