UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

──────────────────────────────── X

In re:

JOHN ATHANAS
CAROL ATHANAS

         Debtor.

Case No.: 20-12117
Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT**

──────────────────────────────── X

**PRAECIPE TO WITHDRAW DOCUMENT**

    John Athanas and Carol Athanas, by and through undersigned counsel, Michael Alan Siddons, Esquire, hereby submit this Praecipe to Withdraw Debtors' Objection to Claim Number 8 Filed by the Internal Revenue Service that was filed on December 14, 2020 at Docket Entry #35.

    Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:  */s/ Michael A. Siddons*
     MICHAEL ALAN SIDDONS, ESQUIRE
     230 N. Monroe Street-P.O. Box 403
     Media, PA 19063
     610-255-7500 (Phone No.)
     msiddons@siddonslaw.com

Dated: April 19, 2021