United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 20-12117-amc

John Athanas                                                          Chapter 13

Caroline Athanas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                                 Page 1 of 4

Date Rcvd: Apr 27, 2021                  Form ID: 155                           Total Noticed: 86

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John Athanas, Caroline Athanas, 657 Hawarden Rd., Springfield, PA 19064-2624 |
| 14499226 | + | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518082 | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497360 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14497357 | + | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497358 | + | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497359 | + | Aes/wells Fargo, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497361 | + | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 14497362 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14506360 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14497365 | + | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14497366 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14497371 | | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14497372 | + | Citizens Bank/fm, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14568163 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14497381 | + | Etrade, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14497384 | + | Home Furnishing Crdt C, 5324 Va Beach Rd, Virginia Beach, VA 23462-1828 |
| 14497387 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14502379 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14502271 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14497391 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14509646 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14507184 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14497394 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14499759 | + | QUICKEN LOANS, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14507890 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14497396 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14497398 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 14497413 | + | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14497414 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14497416 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14497417 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14507385 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14507695 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14497418 | | Wells Fargo National B, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14497419 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 14497420 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

District/off: 0313-2 | User: admin | Page 2 of 4

Date Rcvd: Apr 27, 2021 | Form ID: 155 | Total Noticed: 86

Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14507760 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 28 2021 01:48:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14500250 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 28 2021 01:54:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14497367 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:52:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14497368 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2021 01:48:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14497967 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2021 01:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14497369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:41 | Childrens Place/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14513328 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14497370 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:31 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497373 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:48:00 | Comenity Bank/anniesez, Po Box 182789, Columbus, OH 43218-2789 |
| 14497374 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:48:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14497375 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:48:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14497376 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2021 01:56:25 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14497364 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:39 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 14497379 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:56 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14497380 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:29 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14497393 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:39 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14512539 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2021 01:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14497377 | + | Email/PDF: pa_dc_ed@navient.com | Apr 28 2021 02:12:19 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14503447 | | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14497378 | + | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14497382 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2021 01:48:00 | Gm Financial, Po Box 181145, Arlington, TX 76101-1145 |
| 14497385 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:48:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14497386 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2021 01:48:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 14497388 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 01:48:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14497389 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:52:52 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |

District/off: 0313-2
Date Rcvd: Apr 27, 2021

User: admin
Form ID: 155

Page 3 of 4
Total Noticed: 86

| 14497390 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Apr 28 2021 01:54:34 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 14497392 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Apr 28 2021 01:48:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14515061 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2021 01:54:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14507728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 28 2021 01:56:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14509769 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 28 2021 01:48:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14497395 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 28 2021 01:48:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14513762 | | Email/Text: ebn_bkrt_forms@salliemae.com | | |
| | | | Apr 28 2021 01:48:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14497397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 28 2021 01:54:39 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497399 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:52:51 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14497400 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:54:34 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497401 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:52:51 | Syncb/dump, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497402 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497403 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:54:34 | Syncb/horizn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497404 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:52:51 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14497405 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14497406 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/low, Po Box 956005, Orlando, FL 32896-0001 |
| 14497407 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:54:34 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14497408 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497409 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14497410 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/smrtcn, Po Box 965005, Orlando, FL 32896-5005 |
| 14497411 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 14497412 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14513283 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:56:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14497415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 28 2021 01:54:39 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 49

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 155 | Total Noticed: 86 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497363 | | Best Buy/cbna |
| 14518158 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497383 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14503089 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL ALAN SIDDONS | on behalf of Joint Debtor Caroline Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor John Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Athanas and Caroline Athanas
          Debtor(s)

Chapter: 13

Bankruptcy No: 20−12117−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 27th day of April 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

60 − 14
Form 155