UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____X

In re:

JOHN ATHANAS
CAROL ATHANAS

            Debtor.

Case No.: 20-12117
Chapter 13

**MOTION TO MODIFY PLAN POST-CONFIRMATION**

_____X

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is

ORDERED that the confirmed Chapter 13 Plan is modified as follows: The plan payment of $350 shall be due for the first 37 months of the plan from May, 2020 through May 2023. The plan payment shall increase to $1,107.00 beginning June 2023 and every month thereafter through completion of the Plan.

BY THE COURT:

**Date: October 11, 2022**

_____
United State Bankruptcy Judge