United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12117-amc |
| John Athanas | Chapter 13 |
| Caroline Athanas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 90 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John Athanas, Caroline Athanas, 657 Hawarden Rd., Springfield, PA 19064-2624 |
| cr | + | QUICKEN LOANS, LLC, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14497360 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14497371 | | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14497381 | + | Etrade, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14497384 | + | Home Furnishing Crdt C, 5324 Va Beach Rd, Virginia Beach, VA 23462-1828 |
| 14497391 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14497394 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14499759 | + | QUICKEN LOANS, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14497398 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 14497417 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14507385 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14507695 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14497418 | | Wells Fargo National B, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14497419 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 14497420 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 12 2022 09:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2022 09:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 12 2022 09:27:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| 14499226 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 12 2022 09:27:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518082 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 12 2022 09:27:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497357 | + | Email/Text: bncnotifications@pheaa.org | Oct 12 2022 09:27:00 | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497358 | + | Email/Text: bncnotifications@pheaa.org | Oct 12 2022 09:27:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497359 | + | Email/Text: bncnotifications@pheaa.org | Oct 12 2022 09:27:00 | Aes/wells Fargo, Pob 61047, Harrisburg, PA |

Case 20-12117-amc   Doc 71   Filed 10/13/22   Entered 10/14/22 00:38:10   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 90 |

| Recipient | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 17106-1047 |
| 14497361 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 14497362 | + Email/Text: creditcardbkcorrespondence@bofa.com | Oct 12 2022 09:27:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14506360 | + Email/Text: mortgagebkcorrespondence@bofa.com | Oct 12 2022 09:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14507760 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 12 2022 09:27:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14497365 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 09:33:36 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14497366 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 09:33:40 | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14500250 | + Email/PDF: ebn_ais@aisinfo.com | Oct 12 2022 09:33:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14497367 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 09:33:36 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14497368 | + Email/Text: bankruptcy@cavps.com | Oct 12 2022 09:27:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14497967 | + Email/Text: bankruptcy@cavps.com | Oct 12 2022 09:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14497369 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:42 | Childrens Place/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14513328 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14497370 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497373 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 09:27:00 | Comenity Bank/anniesez, Po Box 182789, Columbus, OH 43218-2789 |
| 14497374 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 09:27:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14497375 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 09:27:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14497376 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2022 09:33:33 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14497364 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:38 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 14497379 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14497380 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:38 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14497393 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14512539 | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 09:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14497377 | + Email/PDF: pa_dc_ed@navient.com | Oct 12 2022 09:33:36 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14503447 | Email/Text: mrdiscen@discover.com | Oct 12 2022 09:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14497378 | + Email/Text: mrdiscen@discover.com | Oct 12 2022 09:27:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14568163 | Email/Text: ECMCBKNotices@ecmc.org | Oct 12 2022 09:27:00 | ECMC, P.O. Box 16408, St. Paul, MN |

Case 20-12117-amc   Doc 71   Filed 10/13/22   Entered 10/14/22 00:38:10   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 90 |

| | | | | |
|---|---|---|---|---|
| | | | | 55116-0408 |
| 14497372 | | Email/Text: FMClaims@Firstmarkservices.com | Oct 12 2022 09:27:36 | Citizens Bank/fm, 121 South 13th Street, Lincoln, NE 68508 |
| 14497382 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 12 2022 09:27:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14497385 | + | Email/Text: bankruptcy@huntington.com | Oct 12 2022 09:27:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14497386 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 12 2022 09:28:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 14497387 | | Email/Text: Bankruptcy@ICSystem.com | Oct 12 2022 09:27:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14497388 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 12 2022 09:27:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14497389 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 12 2022 09:33:32 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14497390 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 12 2022 09:33:32 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 14502379 | + | Email/Text: RASEBN@raslg.com | Oct 12 2022 09:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14502271 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 12 2022 09:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14497392 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 12 2022 09:27:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14515061 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 09:33:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14509646 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 09:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14507184 | + | Email/Text: bncnotifications@pheaa.org | Oct 12 2022 09:27:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14507728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 12 2022 09:33:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14509769 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 09:27:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14497395 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 12 2022 09:27:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14507890 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 12 2022 09:27:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14513762 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 12 2022 09:28:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14497396 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 12 2022 09:28:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14497397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:38 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497399 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14497400 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497401 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Syncb/dump, C/o Po Box 965036, Orlando, FL |

Case 20-12117-amc   Doc 71   Filed 10/13/22   Entered 10/14/22 00:38:10   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 90 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14497402 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497403 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Syncb/horizn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497404 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14497405 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:32 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14497406 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:33 | Syncb/low, Po Box 956005, Orlando, FL 32896-0001 |
| 14497407 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14497408 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497409 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14497410 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Syncb/smrtcn, Po Box 965005, Orlando, FL 32896-5005 |
| 14497411 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Syncb/tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 14497412 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14513283 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14497413 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 12 2022 09:28:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14497414 | + | Email/Text: bncmail@w-legal.com | Oct 12 2022 09:27:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14497415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14497416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:37 | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14507695 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 12 2022 09:33:37 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14507385 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 12 2022 09:33:37 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 76

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497363 | | Best Buy/cbna |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14518158 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497383 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14503089 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2022    Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor QUICKEN LOANS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor John Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| MICHAEL ALAN SIDDONS | on behalf of Joint Debtor Caroline Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____X

In re:

JOHN ATHANAS
CAROL ATHANAS

        Debtor.

_____X

Case No.: 20-12117
Chapter 13

**MOTION TO MODIFY PLAN POST-CONFIRMATION**

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is

ORDERED that the confirmed Chapter 13 Plan is modified as follows: The plan payment of $350 shall be due for the first 37 months of the plan from May, 2020 through May 2023. The plan payment shall increase to $1,107.00 beginning June 2023 and every month thereafter through completion of the Plan.

BY THE COURT:

**Date: October 11, 2022**

_____
United State Bankruptcy Judge