Certificate Number: 03088-PAE-DE-039697532

Bankruptcy Case Number: 20-12117



03088-PAE-DE-039697532

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2025, at 4:57 o'clock PM CDT, John Athanas completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 25, 2025                    By:     /s/Lorenza Garcia for Doug Tonne

Name:   Doug Tonne

Title:   Counselor