United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 20-12117-amc

John Athanas                                                              Chapter 13

Caroline Athanas

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                       Page 1 of 5

Date Rcvd: May 28, 2025                        Form ID: 138OBJ                                Total Noticed: 88

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John Athanas, Caroline Athanas, 657 Hawarden Rd., Springfield, PA 19064-2624 |
| 14497371 | | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14497381 | + | Etrade, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14497384 | + | Home Furnishing Crdt C, 5324 Va Beach Rd, Virginia Beach, VA 23462-1828 |
| 14497391 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14497394 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14499759 | + | QUICKEN LOANS, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14497395 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14507890 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14497398 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 14497418 | | Wells Fargo National B, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14497420 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2025 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14499226 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 29 2025 00:27:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518082 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 29 2025 00:27:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497360 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 29 2025 00:47:02 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14497357 | + | Email/Text: bncnotifications@pheaa.org | May 29 2025 00:26:00 | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497358 | + | Email/Text: bncnotifications@pheaa.org | May 29 2025 00:26:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497359 | + | Email/Text: bncnotifications@pheaa.org | May 29 2025 00:26:00 | Aes/wells Fargo, Pob 61047, Harrisburg, PA 17106-1047 |
| 14497361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 00:35:42 | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 14497362 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2025 00:26:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14506360 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

Case 20-12117-amc    Doc 84    Filed 05/30/25    Entered 05/31/25 00:41:25    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 28, 2025 | Form ID: 138OBJ | Total Noticed: 88 |

| | | | |
|---|---|---|---|
| | | May 29 2025 00:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14507760 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | May 29 2025 00:26:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14497365 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 29 2025 00:36:35 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14497366 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 29 2025 00:35:32 | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14500250 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | May 29 2025 00:35:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14497367 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 29 2025 00:36:27 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14497368 | + Email/Text: bankruptcy@cavps.com | | |
| | | May 29 2025 00:27:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14497967 | + Email/Text: bankruptcy@cavps.com | | |
| | | May 29 2025 00:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14497369 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:36:30 | Childrens Place/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14513328 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:36:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14497370 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:36:08 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497373 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 29 2025 00:27:00 | Comenity Bank/anniesez, Po Box 182789, Columbus, OH 43218-2789 |
| 14497374 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 29 2025 00:27:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14497375 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 29 2025 00:27:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14497376 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | May 29 2025 00:36:27 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14497364 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:36:08 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 14497379 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:36:07 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14497380 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:47:05 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14497393 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 29 2025 00:46:46 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14512539 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 29 2025 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14497377 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | May 29 2025 00:36:05 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14503447 | Email/Text: mrdiscen@discover.com | | |
| | | May 29 2025 00:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14497378 | + Email/Text: mrdiscen@discover.com | | |
| | | May 29 2025 00:26:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14568163 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | May 29 2025 00:27:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14497372 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | |
| | | May 29 2025 00:26:00 | Citizens Bank/fm, 121 South 13th Street, Lincoln, NE 68508 |
| 14497382 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | May 29 2025 00:27:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14497385 | + Email/Text: bankruptcy@huntington.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 3 of 5 |
| Date Rcvd: May 28, 2025 | | Form ID: 138OBJ | Total Noticed: 88 |

| | | | | |
|---|---|---|---|---|
| | | | May 29 2025 00:27:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14497386 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | May 29 2025 00:27:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 14497387 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | May 29 2025 00:26:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14497388 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 29 2025 00:27:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14502379 | + | Email/Text: RASEBN@raslg.com | | |
| | | | May 29 2025 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14502271 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | May 29 2025 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14497389 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 29 2025 00:36:02 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14497390 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 29 2025 00:36:10 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14497392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 29 2025 00:47:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14515061 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 29 2025 00:35:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14509646 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 29 2025 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14507184 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | May 29 2025 00:26:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14507728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 29 2025 00:47:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14509769 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 29 2025 00:27:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14513762 | | Email/Text: ebn_bkrt_forms@salliemae.com | | |
| | | | May 29 2025 00:27:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14497396 | + | Email/Text: ebn_bkrt_forms@salliemae.com | | |
| | | | May 29 2025 00:27:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14497397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 29 2025 00:36:30 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14497399 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:35:32 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14497400 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:36:26 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497401 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:47:00 | Syncb/dump, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497402 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:36:27 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497403 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:35:38 | Syncb/horizn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497404 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:36:26 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14497405 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2025 00:36:08 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14497406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:35:33 | Syncb/low, Po Box 956005, Orlando, FL 32896-0001 |
| 14497407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:36:26 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14497408 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:36:34 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14497409 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:46:53 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14497410 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:36:01 | Syncb/smrtcn, Po Box 965005, Orlando, FL 32896-5005 |
| 14497411 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:47:00 | Syncb/tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 14497412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:35:43 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14513283 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2025 00:36:02 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14497413 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 29 2025 00:27:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14497414 | + | Email/Text: bncmail@w-legal.com | May 29 2025 00:27:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14497415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 00:35:38 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14497416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 00:35:38 | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14497417 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 29 2025 00:36:35 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14507695 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 29 2025 00:36:09 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14507385 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 29 2025 00:36:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14497419 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 29 2025 00:47:02 | Wf Efs, Po Box 5185, Sioux Falls, SD 57117 |

TOTAL: 76

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497363 | | Best Buy/cbna |
| 14518158 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14497383 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14503089 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 20-12117-amc    Doc 84    Filed 05/30/25    Entered 05/31/25 00:41:25    Desc Imaged
Certificate of Notice    Page 5 of 6

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL ALAN SIDDONS | on behalf of Joint Debtor Caroline Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor John Athanas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 83 − 81

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   John Athanas | ) | Case No. 20−12117−amc |
| | ) | |
| | ) | |
|   Caroline Athanas | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 28, 2025                                                             For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court